# EXHIBIT A



NS인터텍스-013 24*30-5 1411079 11/18



# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-010-758**

**Effective Date of Registration:**
July 14, 2016

## Title

**Title of Work:** NS061

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 30, 2014
**Nation of 1st Publication:** Korea, South

## Author

- **Author:** NS International Textiles
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Korea, South

## Copyright Claimant

**Copyright Claimant:** NS International Textiles
28, Yongmin-ro 92 Beon-gil, Uijeongbu-si,, (Yonghyun-dong), Gyeonggi-do,,
Korea, South

## Rights and Permissions

**Organization Name:** NS International Textiles
**Address:** 28, Yongmin-ro 92 Beon-gil,
(Yonghyun-dong)
Uijeongbu-si, Gyeonggi-do Korea, South

## Certification

**Name:** Daniel Jung
**Date:** July 14, 2016

# EXHIBIT C

zulily.com

Welcome! order status | my account | USD

zulily SOMETHING SPECIAL EVERY DAY NEW TODAY LAST CHANCE SHOP BY CATEGORY SHOP BY SIZE Search BASKET

GET FREE SHIPPING!
Pay with Visa Checkout for free shipping. Maximum 2 orders. *details*

*back to Toasty in Tunics & Sweaters* *Ends in 1 day 6 hours*



*share & earn $20* Email Share Pin it

# Magenta Floral Notch Neck Pin Tuck Tunic

Reborn Collection

$34.99 Compare at ~~$110.00~~ or 2 x $17.50 payments details

**size:** *size chart*

| S | M | L | XL |
|---|---|---|---|

add to basket

**PRODUCT DESCRIPTION:**

Polish your casual looks in this sturdy polyester tunic that features a pin tuck bodice and thigh-sweeping hem. Its thick brushed fabric offers luxurious weight and warmth.

**Note:** This is a one-of-a-kind item; prints may vary.

- Made for zulily
- Model: 5'8" tall; 33" chest; 24" waist; 35" hips
- Size S: 33" long from high point of shoulder to hem; 32" bust
- True to size
- Knit
- 96% brushed polyester / 4% spandex
- Machine wash; hang dry
- Imported
- Made for zulily

**Shipping note:** This item is made for zulily. Allow extra time for your special find to ship.

**RETURN POLICY:**

While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

**SHIPPING:**

Ships within 24-28 days. Shipping Details

See all Reborn Collection products

zulily.com

Welcome! order status | my account | USD

zulily SOMETHING SPECIAL EVERY DAY NEW TODAY LAST CHANCE SHOP BY CATEGORY SHOP BY SIZE Search BASKET

GET FREE SHIPPING!
Pay with Visa Checkout for free shipping. Maximum 2 orders. details

back to Cyber Steals | Reborn Collection

Ends in 2 days 18 hours



share & earn $20 Email Share Pin it

Guaranteed Christmas Delivery details

# Magenta Floral Swing Tunic Dress

Reborn Collection

$24.99 Compare at ~~$90.00~~ or 2 x $12.50 payments details

size: size chart

S M L ~~XL~~

add to basket

**PRODUCT DESCRIPTION:**

A chic, swinging silhouette with a stretchy fabric offers a flattering fit with finesse. Its thick brushed fabric offers luxurious weight and warmth.

**Note:** This is a one-of-a-kind item; prints may vary.

- Made for zulily
- Model: 5' 8" tall; 33" chest; 24" waist; 35" hips
- Size S: 33" long from high point of shoulder to hem; 34" bust
- Side pockets
- Knit
- 96% brushed polyester / 4% spandex
- Machine wash; hang dry
- Imported

**Shipping note:** This item is Made for zulily. Allow extra time for your special find to ship.

**RETURN POLICY:**

While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

**SHIPPING:**

Ships within 1-2 days. details and exclusions

zulily.com

Welcome! order status | my account | USD

zulily SOMETHING SPECIAL EVERY DAY NEW TODAY LAST CHANCE SHOP BY CATEGORY SHOP BY SIZE Search BASKET

GET FREE SHIPPING!
Pay with Visa Checkout for free shipping. Maximum 2 orders. *details*

*back to Cyber Steals | Reborn Collection* *Ends in 2 days 18 hours*




*share & earn $20* Email Share Pin it

Guaranteed Christmas Delivery *details*

# Pink Floral Notch Neck Pin Tuck Tunic

Reborn Collection

$29.99 Compare at ~~$110.00~~ or 2 x $15.00 payments details

**size:** *size chart*

S M L XL

add to basket

**PRODUCT DESCRIPTION:**

Colorful contrasts and dainty pin tucks add feminine allure to this stretch-infused tunic. Its thick brushed fabric offers luxurious weight and warmth.

**Note:** This is a one-of-a-kind item; prints may vary.

- Made for zulily
- Model: 5' 8" tall; 33" chest; 24" waist; 35" hips
- Size S: 33" long from high point of shoulder to high hem; 32" bust
- True to size
- Knit
- 96% brushed polyester / 4% spandex
- Machine wash; hang dry
- Imported

**RETURN POLICY:**
While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

**SHIPPING:**
Ships within 1-2 days. details and exclusions

See all Reborn Collection products

GET FREE SHIPPING!

Pay with Visa Checkout for free shipping. Maximum 2 orders. *details*

*back to Cyber Steals | Reborn Collection* *Ends in 2 days 18 hours*



*share & earn $20* Email Share Pin it

# Pink & Charcoal Floral Swing Tunic Dress

Reborn Collection

$24.99 Compare at ~~$90.00~~ or **2 x $12.50** payments details

**size:** *size chart*

S | M | ~~L~~ | XL

add to basket

**PRODUCT DESCRIPTION:**

A vibrant contrast print blooms across this dress crafted from supersoft, heavier-weighted fabric for a look that's teeming with whimsical charm and season-spanning comfort.

**Note:** This is a one-of-a-kind item; prints may vary.

- Made for zulily
- Model: 5' 8" tall; 33" chest; 24" waist; 35" hips
- Size S: 33" long from high point of shoulder to hem; 34" bust
- Side pockets
- Knit
- 96% brushed polyester / 4% spandex
- Machine wash; hang dry
- Imported

**RETURN POLICY:**

While this item is not eligible for returns, we're committed to you loving your order. Learn more about our customer commitment here.

**SHIPPING:**

Ships within 24-28 days. Shipping Details

You have FREE SHIPPING!

See all Reborn Collection products

See all Women's Tunics