1  C. YONG JEONG, ESQ. (SBN 255244)
   jeong@jeonglikens.com
2  JOHN R. BALDIVIA, ESQ. (SBN 313699)
3  john.baldivia@jeonglikens.com
   SCOTT SATKIN, ESQ. (SBN 314505)
4  scott.satkin@jeonglikens.com
5  JEONG & LIKENS, L.C.
   1055 West 7th Street, Suite 2280
6  Los Angeles, CA 90017
7  Tel: 213-688-2001
   Fax: 213-688-2002
8
9  Attorneys for Plaintiff, NS INT'L TEXTILES

10
11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12

13 | NS INT'L TEXTILES, a South Korea | Case No. 2:17-cv-03884-RGK-PLA
14 | corporation;
15 |          Plaintiff,              | **STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**
16 |          vs.
17 |                                  | Honorable R. Gary Klausner
18 | ZULILY, LLC, a Washington Limited
   | Liability Company; LI YUAN
19 | TEXTILE AND APPAREL INC., a
   | New York corporation; and DOES 1-10,
20 | inclusive,
21 |          Defendants.

---

**1**
**STIPULATION FOR DISMISSAL**

# STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NS INT'L TEXTILES and Defendants ZULILY, LLC and LI YUAN TEXTILE AND APPAREL INC. that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each Party identified herein will bear its own costs, expenses, and attorneys' fees that it has incurred in connection with or arising out of this lawsuit.

Dated: August 7, 2017          JEONG & LIKENS, L.C.

                               By:   /s/ *C. Yong Jeong*
                                     C. Yong Jeong, Esq.
                                     John R. Baldivia, Esq.
                                     Scott Satkin, Esq.
                                     Attorneys for Plaintiff
                                     NS INT'L TEXTILES


Dated: August 7, 2017          GERARD FOX LAW, P.C.

                               By:   /s/Morgan E. Pietz
                                     Morgan E. Pietz
                                     Thomas Burke
                                     Attorneys for ZULILY, LLC

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2017          /s/ *C. Yong Jeong*
                               C. Yong Jeong, Esq.
                               Attorneys for Plaintiff
                               NS INT'L TEXTILES